

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Voorhees, Richard L | District Court-North Carolina | 03/15/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge-Active | ☐ Nomination,   Date <br> ☐ Initial   ☒ Annual   ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 250 U.S. Courthouse <br> 401 West Trade Street <br> Charlotte, N. C. 28202 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 APR 30 A 10: 55 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 03/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/06-12/06 | Glenn Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 03/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 03/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Asheville | A | Dividend | J | T | | | | | |
| 2. BB&T | A | Dividend | | | Sold All | 11/16 | K | A | |
| 3. Bell South(AT&T) | A | Dividend | J | T | | | | | |
| 4. Fidelity Cash Reserves | A | Dividend | J | T | Buy Monthly | | J | | |
| 5. Fidelity Equity-Income Fund | B | Dividend | M | T | Div Reinv Qt | | J | | |
| 6. Guardian Capital, LLC IRA Rollover-Individual Assets | B | Dividend | M | T | | | | | Transferred From Wachovia |
| 7. a) Bank of America Corp. | | | | | | | | | |
| 8. b) Citigroup, Inc. | | | | | | | | | |
| 9. c) Dell Computer | | | | | | | | | |
| 10. d) Family Dollar Stores | | | | | | | | | |
| 11. e) General Electric | | | | | | | | | |
| 12. f) IBM | | | | | | | | | |
| 13. g) John Hancock Regional Bank Fund | | | | | Div Reinv Qt | | J | | |
| 14. h) Lowes Companies, Inc. | | | | | | | | | |
| 15. i) McDonalds Corporation | | | | | | | | | |
| 16. j) Microsoft | | | | | | | | | |
| 17. k) Proctor & Gamble | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U - Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 03/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. l) Time Warner Corp., Inc | | | | | | | | | |
| 19. m) Wal-Mart Stores | | | | | | | | | |
| 20. Mountain Federal Credit Union (Checking/Savings) | A | Dividend | J | T | | | | | |
| 21. Rental Property-Gastonia, NC Appraisal 2003 for $68K | A | Rent | L | S | | | | | Appraisal per Gaston Cty. |
| 22. Royal Bank of Canada | A | Dividend | J | T | | | | | |
| 23. a) Vanguard Asset Allocation Fd. R/O IRA | A | Dividend | J | T | | | | | |
| 24. b) Vanguard GNMA Fd. R/0 IRA | B | Dividend | K | T | | | | | |
| 25. c) Vanguard Prime Money Mkt Rollover IRA | A | Dividend | J | T | | | | | |
| 26. d) Vanguard Total Stock Mkt. Index Fd. R/O IRA | A | Dividend | K | T | | | | | |
| 27. e) Vanguard Wellington Fd R/O & Non-R/O IRA | B | Dividend | K | T | | | | | |
| 28. Southern Company | A | Dividend | J | T | Div Reinv Qt | | J | | |
| 29. Vanguard Group-Individual Investments | | | | | | | | | |
| 30. a) Vanguard Prime Money Market Reserves | A | Dividend | J | T | Sold Part | 1/27 | J | A | |
| 31. | | | | | Sold Part | 9/26 | J | A | |
| 32. b)Vanguard Windsor II Fund | A | Dividend | J | T | Sold Part | 1/9 | J | A | |
| 33. | | | | | Sold Part | 9/18 | J | A | |
| 34. Vanguard Prime Portfolio VmmR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 03/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Vanguard Group-R/O-IRA I | | | | | | | | | |
| 36.  a) Vanguard Windsor II | C | Dividend | K | T | | | | | |
| 37.  b) Vanguard US Growth | A | Dividend | J | T | | | | | |
| 38.  c) Vanguard Total Stock Market Index Rollover IRA | A | Dividend | K | T | | | | | |
| 39.  Vanguard Group-Rollover-IRA II | | | | | | | | | |
| 40.  a) Prime Money Market | A | Dividend | J | T | Monthly | 16th | J | | |
| 41.  b) Prime Money Market | A | Dividend | J | T | Sold Part | 10/16 | J | | |
| 42.  c) International Growth Investors | C | Dividend | K | T | Buy | 10/16 | J | | |
| 43.  d) International Value | C | Dividend | K | T | Buy | 10/16 | J | | |
| 44.  Vanguard Group-Traditional IRA | | | | | | | | | |
| 45.  a) Capital Opportunity Fund | B | Dividend | K | T | | | | | |
| 46.  b) Strategic Equity | B | Dividend | K- | T | | | | | |
| 47.  c) Vanguard REIT Index Fund | A | Dividend | K | T | Buy | 10/16 | K | A | |
| 48.  d) Vanguard Wellington Fund-IRA | C | Dividend | K | T | | | | | |
| 49.  e) Vanguard Windsor II | | | | | Sold All | 10/16 | K | A | |
| 50.  Wachovia Bank, N.A. | A | Interest | J | T | | | | | Checking/Savings Accounts |
| 51.  Wachovia Corporation | A | Dividend | J | T | Semi-Annual | | J | A | Non-Employee |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L | 03/15/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | Comp |
| 52.   Wachovia Bank Deposit Sweep All | A | Dividend | J | T | Transfer | 8/7 | | | To Guardian Capital, LLC |
| 53.   Wachovia Sec. IRA Rollover-Individual Assets | C | Dividend | M | T | Transfer | 8/10 | | | To Guardian Capital, LLC |
| 54.   Wachovia Securties | | | | | Closed | 7/20 | | | Closed Account |
| 55.   a) Citigroup, Inc | A | Dividend | J | T | Sell | 2/3 | J | B | |
| 56.   b) Sector SPDR TR Amex Tech. Select | A | Dividend | K | T | Sell | 2/3 | J | A | |
| 57.   c) Wachovia Bank Sweep Deposit Acct. | A | Dividend | J | T | sell | 7/20 | K | A | |
| 58.   d) Wachovia Corp.2nd New | A | Dividend | K | T | sell | 4/3 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu                  ate  _4 ~ 20-07_

NOTE: ANY ~~~~~~~~~~ ~~~~ AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544